(A. R. D. 3)

F. L. KRAEMER & COMPANY *v.* UNITED STATES

Entry Nos. 800778; 707795.

Second Division, Appellate Term

(Decided July 21, 1952)

*Sharretts, Hillis & Paley* (*Howard C. Carter* of counsel) for the appellant.
*Charles J. Wagner*, Acting Assistant Attorney General, for the appellee.

Before LAWRENCE, RAO, and FORD, Judges

LAWRENCE, Judge: These applications for review having been formally abandoned are hereby dismissed.

Judgment will be entered accordingly.